

# THE THIRTEENTH COURT OF APPEALS

13-14-00370-CR

Marvin Noel Caballero-Lopez
v.
The State of Texas

On appeal from the
221st District Court of Montgomery County, Texas
Trial Cause No. 13-02-01693 CR (Count 1)

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

September 17, 2015.